HENRY STEVENS, Respondent, v. CECELIA A. STEVENS, Appellant, et al., Defendants.

Submitted May 18, 1953; decided June 5, 1953.

*Frank J. Durkin* for motion.

*Ely Estroff* opposed.

Motion granted upon the ground that the judgment does not finally determine the action within the meaning of the Constitution. [See 305 N. Y. 926.]